SOLLIE MCGUFFIN v. THE STATE.

No. 21877. Delivered February 4, 1942.

The opinion states the case.

*J. W. McCullough,* of McKinney, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for possessing whisky for the purpose of sale in dry area. Punishment was assessed at eight months' imprisonment in the county jail.

We find no notice of appeal in the record, without which the jurisdiction of this court does not attach.

The appeal is dismissed.